IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REALTY ASSOCIATES BROKERAGE, INC.                                              PLAINTIFF

v.                                    3:06CV00134-WRW

FIRST STATES INVESTORS 4200, LLC                                               DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon the agreement of the parties, this case is hereby dismissed with prejudice.

Dated this 26th day of February, 2008.


                                                              /s/Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE

AGREED TO BY:
E. B. Chiles IV, Ark. Bar No. 96179
QUATTLEBAUM, GROOMS,
   TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
cchiles@qgtb.com

and

QUATTLEBAUM, GROOMS,
   TULL & BURROW PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas  72762
Telephone: (479) 444-5205
Facsimile: (479) 444-6647
bcate@qgtb.com


By:  /s/ Brandon B. Cate
     Brandon B. Cate, Ark. Bar No. 2001203

*Attorneys for Realty Associates Brokerage, Inc.*

and
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, Arkansas 72225-1618


By:  /s/ Julie D. Greathouse
     Julie D. Greathouse, Esq.

*Attorneys for First States Investors 4200, LLC*